# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO.: 5:01-CR-215-BO-1

| | |
|---|---|
| **United States of America** ) | |
| ) | **REASSIGNMENT ORDER** |
| **vs.** ) | |
| ) | |
| **Jason Trent Goodine** ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Dever III, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:01-CR-215-D-1.**

SO ORDERED, this the 2nd day of November 2010.

             /s/ Dennis P. Iavarone
             Clerk of Court